CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 1 6 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:09-cr-00029-2 |
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| ELISSA SUE COX SMITH, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the United States' motion to dismiss is **GRANTED**; petitioner's 28 U.S.C. § 2255 motion to

vacate, set aside, or correct sentence is **DISMISSED**; petitioner's motion for time to produce is

**DENIED as moot**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN**

from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner and counsel of record for the United States.

**ENTER**: This 16th day of May, 2011.

Senior United States District Judge