CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 21 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:09CR00029-002 |
| ELISSA SUE COX SMITH ) | USM No: 14074-084 |
| Date of Previous Judgment: 01/21/2010 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  120  months **is reduced to**  108 months*  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  31             Amended Offense Level:  29
Criminal History Category:  II          Criminal History Category:  II
Previous Guideline Range:  121 to 151 months    Amended Guideline Range:  97 to 121 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

*Defendant is sentenced to 108 months, but not less than time served. Defendant's sentence consists of 48 months on Count 1 and 60 months on Count 8, to run consecutively.

Except as provided above, all provisions of the judgment dated  01/21/2010  shall remain in effect.
**IT IS SO ORDERED.**
Order Date:  4/21/2015

Effective Date:  11/01/2015
(if different from order date)

Judge's signature

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title